

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00484-CR

Arthur Lee **PARSONS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 85th District Court, Brazos County, Texas
Trial Court No. 11-02236-CRF-85
Honorable Jimmy Don Langley, Judge Presiding

## O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant has informed appellant of his right to review the record and file his own brief, and has offered to provide appellant with a copy of the record upon request. *See Nichols v. State*, 954 S.W.2d 83 (Tex. App.—San Antonio 1997, no writ); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no writ).

If appellant desires to file a pro se brief, we **order** that he do so on or before **March 10, 2014**. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief no later than thirty days after the pro se brief is due.

We further **order** the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988) (holding that motion to withdraw should not be ruled on before appellate court independently reviews record to determine whether counsel's evaluation that appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410–11 (Tex. Crim. App. 2008) (same).

We further **order** the clerk of this court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.



_____
Keith E. Hottle
Clerk of Court